IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Kimberly | Case Number: 07 B 17152 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/30/08 | Filed: 9/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 19, 2008
Confirmed: December 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,190.00 | |
| Secured: | | 2,935.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 989.70 |
| Trustee Fee: | | 265.20 |
| Other Funds: | | 0.00 |
| Totals: | 4,190.00 | 4,190.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Legal - The First Choice | Administrative | 2,000.00 | 989.70 |
| 2. | Mid America Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 16,926.00 | 2,935.10 |
| 4. | Mid America Federal Savings Bank | Secured | 13,237.23 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,414.77 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 16.46 | 0.00 |
| 7. | Capital One | Unsecured | 53.60 | 0.00 |
| 8. | Nissan Motor Acceptance Corporation | Unsecured | 51.85 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 82.57 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 113.14 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 22.93 | 0.00 |
| 12. | Americash Loans | Unsecured | | No Claim Filed |
| 13. | ASG | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 16. | Carson Pirie Scott | Unsecured | | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Sears Family Dental | Unsecured | | No Claim Filed |
| 20. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,918.55 | $ 3,924.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Kimberly

Printed: 9/30/08

Case Number: 07 B 17152
Judge: Goldgar, A. Benjamin
Filed: 9/20/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 35.10      |
| 6.5%     | 230.10     |
|          | _____ |
|          | $ 265.20   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

